Fred Joseph **WINKLER**, Petitioner-Appellant,

v.

**UNITED STATES** of America, Respondent-Appellee.

No. 31095

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 13, 1971.

Fred Joseph Winkler, pro se.

Edward J. Witten, Jacksonville, Fla. (Ct. Appt.), for petitioner-appellant.

Seagal V. Wheatley, U. S. Atty., Victor K. Sizemore, Asst. U. S. Atty., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

---

**ROLLFORM, INC.**, Plaintiff-Appellant,

v.

**HOME TRANSPORTATION COMPANY,** Inc., Defendant-Appellee.

No. 71–1096

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 13, 1971.

Edward L. Hardin, Jr., Hare, Wynn, Newell & Newton, Birmingham, Ala., for plaintiff-appellant.

Bibb Allen, London, Yancey, Clark & Allen, Birmingham, Ala., for defendant-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.